IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| JAMES STRONG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHROCARE CORPORATION, MICHAEL A. BAKER, MICHAEL GLUK, JOHN T. RAFFLE, JOHN H. GIROUX, and RICHARD A. CHRISTENSEN<br><br>Defendants. | : : : : : : : : : : : : : : : : : | Civil Action No. 1:08-cv-00574-SS |

**MOTION OF KBC ASSET MANAGEMENT N.V.
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF ITS SELECTION OF COUNSEL**

Institutional investor KBC Asset Management N.V. ("KBC") hereby moves this Court

for an Order:

1.    Consolidating the above-captioned actions with any later-filed related actions;

2.    Appointing KBC as Lead Plaintiff; and

3.    Appointing the law firm of Motley Rice LLC to serve as Lead Counsel and Byrd

Davis Furman, L.L.P. to serve as Liaison Counsel.

This Motion is supported by the accompanying Memorandum of Law, the accompanying

Appendix and Declaration of James M. Hughes and the exhibits attached thereto, KBC's Federal

Rule 7.1 Statement, all of the prior pleadings and proceedings had herein, and such other written

and/or oral argument as may be presented to the Court.

Respectfully submitted this 23rd day of September, 2008,

s/ Don L. Davis_____
    Don L. Davis

BYRD, DAVIS, FURMAN, L.L.P.
Don L. Davis
707 West 34th Street
Austin, Texas 78705-1294
Tel: (512) 454-3751
Fax: (512) 451-5857

[Proposed] Liaison Counsel

MOTLEY RICE LLC
Joseph F. Rice
Ann K. Ritter
James M. Hughes
P.O. Box. 1792 (29465)
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

[Proposed] Lead Counsel

STURMAN LLC
Deborah Sturman
sturman@sturman.ch
112 Madison Avenue
New York, New York 10016-7416
Tel: 646-932-2040

Counsel for KBC Asset Management N.V.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2008, I electronically filed the foregoing Motion of

KBC Asset Management N.V. for Consolidation, Appointment as Lead Plaintiff, and Approval

of Its Selection of Counsel, Memorandum of Law in Support, Appendix, and Proposed Order

with the Clerk of the Court using CM/ECF system, which will send notification of such filing to

the e-mail addresses denoted on the attached Electronic Mail Notice List.

/s/ Don L. Davis
Don L. Davis

BYRD DAVIS FURMAN, L.L.P.
Don L. Davis
707 West 34th Street
Austin, Texas 78705-1294
Tel: (512) 454-3751
Fax: (512) 451-5857

[Proposed] Liaison Counsel

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case:

**Courtney Paige Thornton Stewart** - courtney.stewart@dlapiper.com

**Geoffrey R. Unger -** geoff.unger@dlapiper.com

**Jennifer A. Lloyd -** jenny.lloyd@dlapiper.com

**Robert W. Brownlie -** robert.brownlie@dlapiper.com

**Matthew R. Pearson -** mpearson@gplawfirm.com


**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case
(who therefore require manual noticing).

**Jeffrey A. Klafter**
Klafter & Olsen, LLP

3

1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605

**Kurt B. Olsen**
Klafter & Olsen LLP
1250 Connecticut Ave NW, Suite 200
Washington, DC 20036

4