# Exhibit "D"

# KLAFTER OLSEN & LESSER LLP

Jeffrey Klafter and Kurt Olsen founded Klafter & Olsen LLP in June 2003. In August 2008, the firm expanded with the addition of Seth Lesser as a named partner and Fran Rudich as a senior associate, and the Firm's name changed to Klafter Olsen & Lesser LLP. The Firm has offices in New York, New Jersey and Washington D.C. Together, Messrs. Klafter, Olsen and Lesser bring over sixty years combined experience representing plaintiffs and defendants in a wide variety of litigation matters including securities, antitrust, corporate governance, civil rights, wage and hour, consumer, and products liability actions. The Firm's philosophy is to aggressively prosecute select actions as opposed to a "volume" type operation. The Firm provides its clients with the full spectrum of legal services including: (i) factual investigation, forensic accounting, and legal analysis; (ii) written reports advising the client of the merits of the case, developments in the litigation, and settlement issues; and (iii) advisory services on an "as needed" basis on both case specific and general securities litigation matters.

The Firm has acted as a lead counsel in multiple class actions and has served as co-lead counsel in five securities class actions in which nearly $60 million has been recovered:

- *In re Eaton Vance Corporation Securities Litigation*, Civil Action No. 01-10911-EFH (D. Mass.) ($10.5 million settlement)

- *In re Viisage Technologies, Inc. Securities Litigation*, Civil Action No. 05-cv-10438 – MLW (D. Mass.) ($2.3 million settlement)

- *In re InfoSonics Corp. Sec. Litigation*, Case No. 06cv1231 BTM(WMc) (S.D. Cal. $3.8 million settlement pending)

- *In re Ashworth, Inc. Securities Litigation*, Master File No. 99cv0121-L(JFS) (S.D. Cal.) ($15.25 million settlement)

- *In re SmarTalk Teleservices Inc. Securities Litigation*, MDL Docket No. 00-1315 (S.D. Ohio) ($27.1 million)

In addition, the Firm was selected by CompuDyne Corporation (NASD: CDCY) to represent it in pursuing claims against individuals and entities who illegally sold the Company's stock short in advance of a $30 million private placement, and recently achieved a $4.8 million settlement with certain of the short-sellers.

In other complex litigation, the Firm has significant roles in the prosecution of *In re IBM Corp. Securities Litigation*, No. 05 Civ. 6279 (AKH) (S.D.N.Y.) ($20 million settlement pending), *In Re American Business Financial Services, Inc. Noteholders Litigation*, No. 05-232 (ED Pa.) ($16.75 million partial settlement pending), and *In re Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL No. 05-1708 (DWF/AJB) (D. Minn.) ($240 million settlement pending) in which Mr. Lesser has been a co-lead counsel.

**Jeffrey A. Klafter** has more than twenty-five years of experience in prosecuting securities and commercial litigation. From 1988 until mid-2003, Mr. Klafter was a partner of Bernstein Litowitz Berger & Grossmann LLP. Early in his career, Mr. Klafter was one of the principal lawyers responsible for the prosecution of over 100 defendants to recoup the losses suffered by the purchasers of municipal bonds issued by the Washington Public Power Supply System when it defaulted on those bonds. That litigation resulted in the recovery of over $800 million, one of the largest securities fraud settlements in history. Mr. Klafter has also served as sole or co lead counsel in prosecuting numerous securities class actions on behalf of investors in common stock, municipal bonds, convertible debentures and preferred stock in which hundreds of millions of dollars have been recovered on behalf of investors. Among the many notable achievements for which he had sole or shared responsibility are the recovery of $48 million in *In re Independent Energy PLC Securities Litigation*; the recovery of $300 million in *In Re: DaimlerChrysler AG Securities Litigation*, the decision of the Second Circuit Court of Appeals reversing the district court's dismissal of plaintiffs' complaint in *In re Scholastic Corp. Securities Litigation* and ultimate settlement of that litigation; the recovery with Mr. Olsen of $27.1 million in *In re SmarTalk Teleservices Inc. Securities Litigation*, and a significant recovery on behalf of holders of Sun Oil Company preferred stock in litigation over the indenture governing the stock.

Since forming the Firm, Mr. Klafter has also served as special counsel to lead counsel in the *In re Ahold N.V. Securities & ERISA Litigation*, Civil No.: 1:03-MD-01539-CCB (D. Md.) in which $1.1 billion was recovered on behalf of the class.

Mr. Klafter has also been responsible for the prosecution of innovative and diverse litigation successfully challenging Delaware regulations governing the disposal of solid waste on behalf of waste haulers; the laying of fiber optic cable along railroad rights of way on behalf of adjoining landowners; and efforts to impose the cost of Y2K compliance on businesses and medical practices by suppliers of various computer software.

Mr. Klafter is a member of the Bar of the State of New York, the United States District Court for the Southern District of New York, other federal district courts, the Second Circuit Court of Appeals, and the United States Supreme Court. Mr. Klafter is a member of the Securities Law Committee of the Commercial and Federal Litigation Section of the New York State Bar Association; the Class Actions and Derivative Suits Committee of the Litigation Section of the American Bar Association, and is a noted author and lecturer on securities litigation issues.

**Kurt B. Olsen** has more than fifteen years of experience representing plaintiffs and defendants in commercial, Title VII, and securities class action litigation. In September 1997, Mr. Olsen founded The Olsen Law Firm. The Firm focused on uncovering complex accounting schemes before they became public including several actions where the defendant companies were forced to restate their financial results after the Firm filed suit. As a lead counsel, Mr. Olsen successfully prosecuted several prominent federal securities class actions including: *In re SmarTalk Teleservices Inc. Securities Litigation* ($27.1 million total settlement); *Edwards v. Casino DataSystems, Inc.*($5 million settlement); and *Broderick v. PHP Healthcare Corporation.*($4.5 million settlement); *In re Ashworth, Inc. Securities Litigation* ($15.25 million

2

settlement). In *SmarTalk*, the district court recognized the $15 million settlement with the company's auditor, defendant PricewaterhouseCoopers LLP, as an "extraordinary" recovery.

Prior to founding The Olsen Law Firm, Mr. Olsen was associated with the Washington D.C. office of Kirkland & Ellis where he represented General Motors Corp., Dow Corning Corp., and the Dow Chemical Co. in various products liability actions. He also served as co-trial counsel in *Scott v. Dow Corning, Inc.*, one of only two trial victories in Texas for Dow Corning in the breast implant litigation.

Mr. Olsen is also committed to public service. In October 2007, Maryland Governor Martin O'Malley appointed Mr. Olsen to the Maryland Health Care Commission, an independent regulatory agency whose mission is to plan for health system needs and improve access in a rapidly changing health care environment through programs that serve as models for the nation.

Mr. Olsen is a graduate of the U.S. Naval Academy (B.S. *with Merit* 1984) and the National Law Center, George Washington University (J.D. *with Honors* 1992). During his career in the U.S. Navy, Mr. Olsen served as a Naval Special Warfare Officer assigned to SEAL Team Five in Coronado, California. He has traveled extensively in the Middle East and Far East, primarily as a special operations platoon commander. He is a member of the Bar of the District of Columbia and the State of Maryland, and a member of the United States District Court for the District of Columbia.


**Seth R. Lesser**

Over the past twelve years, Mr. Lesser has successfully prosecuted cases on behalf of investors, consumers, commercial companies, mass tort victims and employees. The National Association of Consumer Advocates 2005 Consumer Advocate of the Year, he began his career at a large defense firm and subsequently was a partner at two plaintiff-oriented firms, Bernstein Litowitz Berger & Grossmann LLP and the Locks Law Firm. He joined the Firm in August, 2008.

Mr. Lesser has been lead or co-lead counsel in numerous class action and mass tort lawsuits that have recovered hundreds of millions of dollars for his clients. He has been appointed by federal judges to be lead or co-lead counsel in multiple multi-district litigation proceedings, including MDL-1346 (*In re Amazon.com*) (sole lead), MDL-1352 (*In re Doubleclick Inc.*) (co-lead), and MDL-1400 (*In re Pharmatrak*) (co-lead). He is presently Co-Lead Counsel in MDL-1708 (*In re Guidant Corp. Implantable Defibrillators Products Liability Litigation*) pending in the District of Minnesota; sole lead counsel in *In re Pepsico, Inc. Bottled Water Sales Practices*, MDL-1903, also in the Southern District of New York. He was the lead New York class counsel in the Fen/Phen diet drug litigation and in that case obtained the first certification under New York law for a medical monitoring class, and was the designated New York class counsel in the nationwide billion dollar settlement with American Home Products. He was also class counsel in *Perez v. Rent-A-Center* (New Jersey State Court) where a $109 million settlement returned to over 100,000 New Jersey consumers over 100% of their out-of-pocket damages.

3

In addition, Mr. Lesser has been lead or co-lead counsel for plaintiffs in several of the most prominent "Internet privacy" cases, including *Supnick v. Amazon.com, Inc.*, No. C00-0221P (W.D. Wash.); *In re DoubleClick, Inc. Privacy Litigation*, No. 00-CIV-0641 (NRB) (S.D.N.Y.); and *Chance v. Avenue A, Inc.*, No. C00-1964 C (W.D. Wash.). The Doubleclick class of nearly every user of the Internet in the country represented possibly the largest class in any class action settlement.

Mr. Lesser is the author of "Privacy Law in the Internet Era" published in the September 2002 issue of Internet Law & Business. He was featured in the September 2001 issue of the ABA Journal discussing Internet privacy. He is also a co-author on a treatise of class action law, has served as the representative of the American Council on Consumer Interests to the United Nations and was elected to the American Law Institute. He is a graduate of Princeton University (B.A, summa cum laude, Phi Beta Kappa). He received a Doctor of Philosophy from Oxford University in 1985 (Marshall Scholar) where he also the Oxford Blue Boat to two victories over Cambridge. In 1988, he received his J.D. from Harvard Law School (magna cum laude; also Editor of the Harvard Environmental Law Review and Editor of the Harvard International Law Journal). He is admitted to numerous state and federal courts across the country.

**Fran L. Rudich**

Fran Rudich concentrates her practice in complex litigation and class action matters, with a particular emphasis in representing employees in all aspects of employment law, particularly sexual harassment, various issues of discrimination, and cases involving violations of the Family and Medical Leave Act (FMLA), the Fair Labor Standards Act, and state wage and hour statutes. Ms. Rudich's other areas of expertise include consumer class actions, representative actions, and tort actions on behalf of defrauded and injured businesses and people. Ms. Rudich has been the lead attorney in numerous multi-million dollar employment discrimination jury verdicts against major national entities and corporations.

She is a graduate of the University of Massachusetts, 1983 (B.A. Summa cum laude 1983) and the Hofstra University School of Law (J.D. 1986). She is a member of the bars of the States of New York and Massachusetts as well as several federal courts.

**Christina Svalstad** has been associated with the Firm since March 2006 and has over three years experience in discovery proceedings in complex litigation. Ms. Svalstad received her J.D., *cum laude*, from the University of Minnesota in 1999. Ms. Svalstad is a member of the Bars of the States of Minnesota and Florida.

4