# Exhibit "F"

## WALKER LOSS ANALYSIS

| AssetClass | Symbol | Description | TradeDate | TradeTime | Quantity | TradePrice | Multiplier | TradeMoney | IBCommis: | Net Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| OPT | ARUHH | ARTC AUG08 40 C | 20080707 | 111159 | 10 | 1.86 | 100 | 1,860.00 | -7 | |
| OPT | ARUHH | ARTC AUG08 40 C | 20080707 | 114819 | 20 | 1.84 | 100 | 3,680.00 | -14 | |
| **OPT** | **ARUHH** | **ARTC AUG08 40 C** | **20080722** | **101832** | **-30** | **0.05** | **100** | **-150** | **-15** | **5,411.00** |
| OPT | ARUTH | ARTC AUG08 40 P | 20080707 | 111159 | -10 | 5.83 | 100 | -5,830.00 | -7 | |
| OPT | ARUTH | ARTC AUG08 40 P | 20080707 | 114819 | -20 | 5.92 | 100 | -11,840.00 | -14 | |
| **OPT** | **ARUTH** | **ARTC AUG08 40 P** | **20080722** | **151520** | **30** | **18.06** | **100** | **54,180.00** | **-21** | **36,510.00** |
| OPT | ARUHD | ARTC AUG08 20 C | 20080717 | 141726 | -2 | 19.6 | 100 | -3,920.00 | -1.4 | |
| OPT | ARUHD | ARTC AUG08 20 C | 20080717 | 141726 | -5 | 19.6 | 100 | -9,800.00 | -3.5 | |
| OPT | ARUHD | ARTC AUG08 20 C | 20080717 | 141726 | -1 | 19.6 | 100 | -1,960.00 | -0.7 | |
| OPT | ARUHD | ARTC AUG08 20 C | 20080717 | 141730 | -2 | 19.59 | 100 | -3,918.00 | -1.4 | |
| OPT | ARUHD | ARTC AUG08 20 C | 20080717 | 141826 | -5 | 19.6 | 100 | -9,800.00 | -3.5 | |
| OPT | ARUHD | ARTC AUG08 20 C | 20080717 | 141826 | -2 | 19.6 | 100 | -3,920.00 | -1.4 | |
| **OPT** | **ARUHD** | **ARTC AUG08 20 C** | **20080717** | **162000** | **5** | **0** | **100** | **0** | **0** | |
| STK | ARTC | ARTHROCARE CORP | 20080717 | 162000 | 500 | 20 | 1 | 10,000.00 | 0 | |
| **OPT** | **ARUHD** | **ARTC AUG08 20 C** | **20080722** | **145652** | **12** | **3.62** | **100** | **4,344.00** | **-8.4** | **-18,974.00** |
| OPT | ARUHG | ARTC AUG08 35 C | 20080717 | 144932 | -7 | 6 | 100 | -4,200.00 | -4.9 | |
| OPT | ARUHG | ARTC AUG08 35 C | 20080717 | 145814 | -6 | 6 | 100 | -3,600.00 | -4.2 | |
| **OPT** | **ARUHG** | **ARTC AUG08 35 C** | **20080721** | **105635** | **6** | **0.35** | **100** | **210** | **-4.2** | |
| **OPT** | **ARUHG** | **ARTC AUG08 35 C** | **20080721** | **110752** | **1** | **0.35** | **100** | **35** | **-1** | |
| **OPT** | **ARUHG** | **ARTC AUG08 35 C** | **20080721** | **110920** | **1** | **0.35** | **100** | **35** | **-0.4** | |

| Type | Symbol | Description | Date | Order | Qty | Price | Mult | Amount | | Total |
|------|--------|-------------|------|-------|-----|-------|------|--------|------|-------|
| OPT | ARUHG | ARTC AUG08 35 C | 20080721 | 111048 | 1 | 0.35 | 100 | 35 | -0.7 | |
| OPT | ARUHG | ARTC AUG08 35 C | 20080721 | 111204 | 1 | 0.35 | 100 | 35 | -0.7 | |
| OPT | ARUHG | ARTC AUG08 35 C | 20080721 | 111318 | 2 | 0.35 | 100 | 70 | -1.4 | |
| OPT | ARUHG | ARTC AUG08 35 C | 20080725 | 141954 | 1 | 0.1 | 100 | 10 | -1 | -7,370.00 |
| OPT | ARUHF | ARTC AUG08 30 C | 20080718 | 123952 | -5 | 10.2 | 100 | -5,100.00 | -3.5 | |
| OPT | ARUHF | ARTC AUG08 30 C | 20080721 | 120037 | 5 | 1.15 | 100 | 575 | -3.5 | -4,525.00 |
| STK | ARTC | ARTHROCARE CORP | 20080707 | 111159 | -1,000 | 36.48 | 1 | -36,480.00 | -5 | |
| STK | ARTC | ARTHROCARE CORP | 20080707 | 114819 | -2,000 | 36.38 | 1 | -72,760.00 | -10 | |
| STK | ARTC | ARTHROCARE CORP | 20080717 | 142514 | 100 | 39.64 | 1 | 3,964.00 | -1 | |
| STK | ARTC | ARTHROCARE CORP | 20080717 | 142515 | 300 | 39.64 | 1 | 11,892.00 | -1 | |
| STK | ARTC | ARTHROCARE CORP | 20080717 | 142515 | 600 | 39.64 | 1 | 23,784.00 | -3 | |
| STK | ARTC | ARTHROCARE CORP | 20080717 | 143545 | 200 | 39.6 | 1 | 7,920.00 | -1 | |
| STK | ARTC | ARTHROCARE CORP | 20080717 | 143545 | 100 | 39.6 | 1 | 3,960.00 | -0.5 | |
| STK | ARTC | ARTHROCARE CORP | 20080717 | 141910 | 100 | 39.53 | 1 | 3,953.00 | -1 | |
| STK | ARTC | ARTHROCARE CORP | 20080717 | 142515 | 300 | 39.53 | 1 | 11,859.00 | -1 | |
| STK | ARTC | ARTHROCARE CORP | 20080717 | 143803 | 200 | 39.53 | 1 | 7,906.00 | -1 | |
| STK | ARTC | ARTHROCARE CORP | 20080717 | 143803 | 400 | 39.53 | 1 | 15,812.00 | -2 | |
| STK | ARTC | ARTHROCARE CORP | 20080717 | 144946 | 400 | 39.54 | 1 | 15,816.00 | -2 | |
| STK | ARTC | ARTHROCARE CORP | 20080717 | 144958 | 300 | 39.54 | 1 | 11,862.00 | -1.5 | 9,488.00 |
| STK | ARTC | ARTHROCARE CORP | 20080718 | 124028 | 300 | 39.82 | 1 | 11,946.00 | -1.5 | |
| STK | ARTC | ARTHROCARE CORP | 20080718 | 124157 | 100 | 39.79 | 1 | 3,979.00 | -1 | |
| STK | ARTC | ARTHROCARE CORP | 20080718 | 124158 | 100 | 39.79 | 1 | 3,979.00 | 0 | |
| STK | ARTC | ARTHROCARE CORP | 20080724 | 164926 | -100 | 25.0982 | 1 | -2,509.82 | -1 | |
| STK | ARTC | ARTHROCARE CORP | 20080725 | 93001 | -100 | 25.0982 | 1 | -2,509.82 | -1 | |
| STK | ARTC | ARTHROCARE CORP | 20080911 | 162000 | -300 | 25.0982 | 1 | -7,529.46 | 0 | 7,354.90 |

Average Price of $25.0982
During period July 25 - Sept 22
Used to Compute Loss on
500 Retained Shares Since
Average is higher than
actual sales prices.

TOTAL NET LOSS   27,894.90