UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
DEC 18 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN RE ARTHROCARE CORPORATION
SECURITIES LITIGATION

Civil Action
No. 1:08-cv-00574-SS

CLASS ACTION

**CONSOLIDATED CLASS ACTION COMPLAINT**

1

# TABLE OF CONTENTS

I. NATURE OF THE ACTION AND SUMMARY ..................................................................1

II. JURISDICTION AND VENUE ........................................................................................4

III. THE PARTIES....................................................................................................................4

    A. Plaintiff ...................................................................................................................4

    B. Defendants .............................................................................................................5

IV. ARTHROCARE'S FRAUDULENT SCHEME TO INFLATE ARTIFICIALLY ITS REVENUE IN VIOLATION OF GENERALLY ACCEPTED ACCOUNTING PRINCIPLES ("GAAP") AND TO VIOLATE THE FEDERAL DISCLOSURE LAWS..................................................................................................................9

    A. Background of the Company .................................................................................9

    B. The Problems Emerging for the Sales of Spine Wands Negatively Affect Revenue ......................................................................................................11

    C. ArthroCare's Scheme with Doctors and Personal Injury ("PI") Attorneys to Create Fictitious Sales...........................................................................................14

    D. ArthroCare Expands the DiscoCare Model .........................................................21

    E. The DiscoCare Model Artificially Inflated ArthroCare's Sales in Violation of GAAP...................................................................................................................26

    F. ArthroCare Engaged in a Similar Scheme in Sales of Products in the Sports Medicine Division.................................................................................................30

    G. ArthroCare Violated its Disclosure Obligations and GAAP Regarding Sales to its Other Customers ....................................................................................................33

    H. Through Its Restatement, ArthroCare Concedes That It Engaged in Wrongdoing and Has a Pervasive Lack of Internal Controls....................................................42

V. THE FALSE AND MISLEADING CLASS PERIOD STATEMENTS AND FINANCIAL REPORTING............................................................................................45

    A. First Quarter 2005 ................................................................................................45

        1. Press Release for First Quarter 2005 Financial Results............................45

|   |   |   |   |
|---|---|---|---|
|   | 2. | Earnings Conference call for First Quarter 2005 Financial Results | 46 |
|   | 3. | First Quarter 2005 Financial Results on Form 10-Q | 48 |
| B. | Second Quarter 2005 | | 50 |
|   | 1. | Press Release Regarding Second Quarter 2005 Financial Results | 50 |
|   | 2. | Earnings Conference Call for Second Quarter 2005 Financial Results | 52 |
|   | 3. | Second Quarter 2005 Financial Results on Form 10-Q | 55 |
| C. | Third Quarter 2005 | | 57 |
|   | 1. | Press Release Regarding Third Quarter 2005 Financial Results | 57 |
|   | 2. | Earnings Conference Call For Third Quarter 2005 Financial Results | 58 |
|   | 3. | Third Quarter 2005 Financial Results on Form 10-Q | 60 |
| D. | Fourth Quarter 2005 | | 63 |
|   | 1. | Press Release Regarding Fourth Quarter and 2005 Year End Financial Results | 63 |
|   | 2. | Earnings Conference Call for Fourth Quarter and 2005 Year End Financial Results | 64 |
|   | 3. | 2005 Year End Financial Results on Form 10-K | 67 |
| E. | First Quarter 2006 | | 69 |
|   | 1. | Press Release Regarding First Quarter 2006 Financial Results | 69 |
|   | 2. | Earnings Conference Call for First Quarter 2006 Financial Results | 70 |
|   | 3. | First Quarter 2006 Financial Results on Form 10-Q | 72 |
| F. | Second Quarter 2006 | | 74 |
|   | 1. | Press Release Regarding Second Quarter 2006 Financial Results | 74 |
|   | 2. | Earnings Conference Call For Second Quarter 2006 Financial Results | 75 |

|   |   |   |   |
|---|---|---|---|
|   | 3. | Second Quarter 2006 Financial Results on Form 10-Q | 79 |
| G. | Third Quarter 2006 | | 81 |
|   | 1. | Press Release Regarding Third Quarter 2006 Financial Results | 81 |
|   | 2. | Earnings Conference Call for Third Quarter 2006 Financial Results | 83 |
|   | 3. | Third Quarter 2006 Financial Results on Form 10-Q | 86 |
|   | 4. | Article Discussing Corporate Governance and Growth | 87 |
| H. | Fourth Quarter 2006 | | 891 |
|   | 1. | Press Release Regarding Expectations for Fourth Quarter and 2006 Year End Financial Results | 89 |
|   | 2. | Press Release Regarding Fourth Quarter and 2006 Year End Financial Results | 89 |
|   | 3. | Earnings Conference Call for Fourth Quarter and 2006 Year End Financial Results | 91 |
|   | 4. | 2006 Year End Financial Results on Form 10-K | 96 |
| I. | First Quarter 2007 | | 98 |
|   | 1. | Press Release Regarding First Quarter 2007 Financial Results | 98 |
|   | 2. | Earnings Conference Call Regarding First Quarter 2007 Financial Results | 99 |
|   | 3. | First Quarter 2007 Financial Results on Form 10-Q | 101 |
| J. | Second Quarter 2007 | | 104 |
|   | 1. | Press Release Regarding Second Quarter 2007 Financial Results | 104 |
|   | 2. | Earnings Conference Call Regarding Second Quarter 2007 Financial Results | 105 |
|   | 3. | Second Quarter 2007 Financial Results on Form 10-Q | 108 |
|   | 4. | Statements at Bear Stearns Healthcare Conference | 109 |

| | | | |
|---|---|---|---|
| K. | | Third Quarter 2007 ................................................................................................112 | |
| | 1. | Press Release Regarding Third Quarter 2007 Financial Results.............112 | |
| | 2. | Earnings Conference Call Regarding Third Quarter 2007 Financial Results...................................................................................................113 | |
| | 3. | Third Quarter 2007 Financial Results on Form 10-Q..............................116 | |
| | 4. | Article Regarding a Potential Relationship Between ArthroCare and DiscoCare...................................................................................118 | |
| | 5. | Article Regarding Stock Repurchase Program and Reimbursement for Spine Products ...........................................................................118 | |
| | 6. | Article Regarding a Potential Relationship Between ArthroCare and DiscoCare...................................................................................119 | |
| L. | | Fourth Quarter 2007................................................................................................121 | |
| | 1. | Press Release Regarding Fourth Quarter and 2007 Year End Financial Results...................................................................................................121 | |
| | 2. | Earnings Conference Call Regarding Fourth Quarter and 2007 Year End Financial Results...................................................................................123 | |
| | 3. | 2007 Year End Financial Results on Form 10-K.....................................127 | |
| | 4. | News Release Regarding Financial and Strategic Alternatives................129 | |
| | 5. | Memorandum from Baker Regarding Investigations ..............................130 | |
| M. | | First Quarter 2008 ...................................................................................................132 | |
| | 1. | Press Release Regarding First Quarter 2008 Financial Results...............132 | |
| | 2. | Earnings Conference Call Regarding First Quarter 2008 Financial Results...................................................................................................133 | |
| | 3. | First Quarter 2008 Financial Results on Form 10-Q ...............................137 | |
| N. | | Common Statements Issued Throughout the Class Period.................................139 | |
| | 1. | Sarbanes-Oxley Certifications..................................................................140 | |
| | 2. | Statements Regarding Internal Controls..................................................142 | |

| | | |
|---|---|---|
| VI. | NEWS ARTICLES REGARDING ARTHROCARE, THE COMPANY'S DENIALS, AND THE GRADUAL REVELATION OF THE FRAUD | 158 |
| | A. News Articles Regarding ArthroCare's Fraudulent Activity | 158 |
| | B. Revelation of the Truth Regarding ArthroCare's Fraudulent Activity and Resulting Government Investigations | 189 |
| | C. The Restatement | 198 |
| VII. | ARTHROCARE AND THE INDIVIDUAL DEFENDANTS' VIOLATIONS OF GAAP | 211 |
| | A. ArthroCare Improperly Accounted for the DiscoCare Acquisition in Violation of GAAP | 214 |
| |     1. Failure to Account for the Pre-existing Relationship Separately | 214 |
| |     2. Failure to Evaluate Goodwill and Record Impairment | 217 |
| | B. ArthroCare Improperly Recognized Revenue, in Violation of GAAP, on Purported Sales Transactions with DiscoCare and DRS | 218 |
| |     1. ArthroCare Recorded Premature and Inflated Revenue in Violation of GAAP and SEC Revenue Recognition Requirements | 219 |
| |         a. Persuasive Evidence of an Arrangement Did Not Exist and Delivery Had Not Occurred (or Services Had Not Been Rendered) | 221 |
| |         b. Sales Price was Neither Fixed nor Determinable and Collectability was Not Reasonably Assured | 224 |
| |     2. ArthroCare Recorded Improper and Unearned Revenue in Violation of FASB Concepts Statement No. 5 | 226 |
| | C. ArthroCare Improperly Recognized Revenue, in Violation of GAAP, on Purported Sales Transactions with Several Customers | 227 |
| |     1. ArthroCare Recognized Premature and Inflated Revenue in Violation of GAAP from Contingent Sales | 228 |
| |         a. Sales Price was neither Fixed nor Determinable | 228 |
| |         b. Collectability of the Sales Price was not Reasonably Assured | 231 |

    c. Delivery Had Not Occurred ......................................................................232

  D. ArthroCare Recognized Premature, Inflated, and Fictitious Revenue in Violation of GAAP Due to Right of Return ..................................................................234

  E. ArthroCare Recognized Premature and Inflated Revenue as a Result of Failing to Record Offsets to Revenue for Rebates, Commissions, Fees, and Other Kickbacks Paid to Distributors, in Violation of EITF 01-9 ..................................................................237

  F. ArthroCare's Other Violations of GAAP Revenue Recognition Principles ........240

  G. ArthroCare's Other Violations of GAAP .........................................................241

  H. ArthroCare's Disclosures Regarding Revenue Recognition Were False and Misleading and in Violation of GAAP and SEC Guidance ..................................241

  I. ArthroCare Failed to Disclose or Reserve for Contingent Losses Associated with its Involvement in a Fraudulent Medical Billing Scheme, in Violation of FASB Statement No. 5 Accounting for Contingencies ...................................................248

  J. ArthroCare's Financial Statements Violated Fundamental Concepts of GAAP and SEC Guidance .............................................................................................249

VIII. PRICEWATERHOUSECOOPERS LLP VIOLATED GENERALLY ACCEPTED AUDITING STANDARDS AND THE FEDERAL SECURITIES LAWS ....................251

  A. Responsibilities and Functions of the Independent Auditor ................................257

  B. PwC Failed To Exercise Due Professional Care and Professional Skepticism ..........................................................................................................258

  C. PwC Failed To Properly Plan Their Audits .......................................................262

    1. PwC Failed to Obtain Knowledge of ArthroCare's Business ..................263

    2. PwC Failed to Properly Consider the Risk of Fraud ................................264

  D. PwC Failed to Uncover or Investigate Possible Illegal Acts ...............................266

  E. PwC Failed to Consider ArthroCare's Lack of Internal Controls ........................267

  F. PwC Failed to Obtain Sufficient Competent Evidential Matter .........................272

  G. PwC Fraudulently Represented that it Conducted its Audit and Issued its Audit Opinion in Accordance with GAAS ..................................................................273

|      |      |                                                                                                                           |      |
|------|------|---------------------------------------------------------------------------------------------------------------------------|------|
|      | H.   | PwC Failed to Evaluate the Adequacy of ArthroCare's Financial Statement Disclosures                                       | 274  |
|      | I.   | PwC Failed to Modify its Previously Issued Unqualified Audit Opinions                                                     | 274  |
|      | J.   | PwC's Class Period False Statements                                                                                       | 275  |
|      | K.   | PwC had Broad Access to ArthroCare's Accounting Records and Information                                                   | 278  |
|      | L.   | PwC's Other Violations                                                                                                    | 280  |
|      | M.   | PwC's Motive to Commit Securities Fraud                                                                                   | 282  |
| IX.  | ADDITIONAL SCIENTER ALLEGATIONS                                                                                                  || 282  |
|      | A.   | Individual Defendants' Suspicious Insider Trading                                                                         | 284  |
|      | B.   | Individual Defendants Attended Meetings, Received Reports and Improperly Manipulated the Company                          | 288  |
|      | C.   | Individual Defendants Undertook Due Diligence                                                                             | 293  |
|      | D.   | The Individual Defendants Received Enormous Bonuses                                                                       | 293  |
|      | E.   | ArthroCare's Statements Regarding Internal Control Establish Scienter                                                     | 295  |
|      | F.   | ArthroCare's Repeated Attempts to Deny, Down Play, and Cover Up the Fraud Establish Scienter                              | 296  |
|      | G.   | ArthroCare's Restatements Establish Scienter                                                                              | 299  |
| X.   | PRESUMPTION OF RELIANCE: FRAUD ON THE MARKET DOCTRINE                                                                            || 303  |
| XI.  | LOSS CAUSATION                                                                                                                   || 305  |
| XII. | NO SAFE HARBOR                                                                                                                   || 316  |
| XIII.| PLAINTIFF'S CLASS ACTION ALLEGATIONS                                                                                             || 317  |
| COUNT I                                                                                                                                 ||| 320  |

FOR VIOLATIONS OF SECTION 10(B) OF THE EXCHANGE ACT AND RULE 10B-5 PROMULGATED THEREUNDER AGAINST ARTHROCARE, AND THE INDIVIDUAL DEFENDANTS (BAKER AND GLUK) ...................................................................................320

COUNT II .................................................................................................................................324

FOR VIOLATIONS OF SECTION 10(B) OF THE EXCHANGE ACT AND RULE 10B-5 PROMULGATED THEREUNDER AGAINST PWC ...............................................................324

COUNT III ................................................................................................................................327

FOR VIOLATIONS OF SECTION 20(a) OF THE EXCHANGE ACT AGAINST BAKER, GLUK, RAFFLE AND APPLEGATE ("CONTROL PEROSN DEFENDANTS") ..................327

PRAYER FOR RELIEF ............................................................................................................328

XIV.   JURY TRIAL DEMANDED .......................................................................................329